DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLENN E. SKOLNIK,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT,** and
**SUSAN E. SKOLNIK**
Appellees.

No. 4D2024-0512

[July 17, 2024]

Administrative appeal from the State of Florida, Department of Revenue, Child Support Program; L.T. Case No. 2001805711.

Glenn E. Skolnik, Boca Raton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for appellee Department of Revenue.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a). The appellee Department of Revenue's June 4, 2024, motion to strike the initial brief is denied as moot.

MAY, DAMOORGIAN and CIKLIN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***